UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SARA HOEHN

    Petitioner,

v.                                           Case No. 5:23-cv-125/TKW/MAL

WARDEN F.C.I. MARIANNA

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's § 2241 petition should be denied. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition under 28 U.S.C. § 2241 (Doc. 2) is DENIED.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 3rd day of September, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**